# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER FAULDS | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:25-cv-00613-SEB-MKK |
| | ) |
| THE CITY OF INDIANAPOLIS, | ) |
|     Defendant. | ) |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

Comes now Plaintiff, Christopher Faulds, by counsel, pursuant to the Case Management Plan approved by this Court, and respectfully submits the following as his preliminary list of witnesses who may be called to give testimony in this matter, other than witnesses that may be called solely for the purposes of impeachment or rebuttal:

1. Christopher Faulds, Plaintiff;
2. Chief Christopher Bailey;
3. Sergeant Christopher Lowe;
4. Kevin Duley;
5. Vincent Stewart;
6. Tonya Terry;
7. Commander Michael Leeper;
8. Plaintiff's medical providers;
9. All individuals listed on Defendant's witness list;
10. Any and all witnesses subsequently identified; and
11. Any and all witnesses necessary for impeachment or rebuttal purposes.

Discovery is ongoing and, therefore, Plaintiff hereby reserves the right to supplement or otherwise amend the foregoing preliminary list of witnesses. In the event that additional witnesses are identified, Defendant will be promptly advised.

Respectfully Submitted,

*/s/ Melissa L.Middleton*
Melissa L. Middleton, Atty No. 37165-49
Andrew Dutkanych, III, Atty No. 23551-49
BISECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone: (317) 537-9920
Email: mmiddleton@bdlegal.com
ad@bdlegal.com
*Attorneys for Plaintiff, Christopher Faulds*

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, a copy of the foregoing document was filed electronically. Service will be made electronically on all ECF-registered counsel of record, including those below, via email generated by the Court's ECF system.

Michael Brian Coppinger
Assistant Corporation Counsel
Brian.Coppinger2@indy.gov

*/s/ Melissa L. Middleton*
Melissa L. Middleton